**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE,
AT KNOXVILLE**

In re:

**Judy Ann Fleeman**　　　　　　　　　　　　　　Case No. 3: 19-bk-30715-SHB
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
**Debtor(s).**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. § 701, **Ryan Jarrard,** is appointed Interim Trustee in the above-referenced matter and is hereby designated to preside at the meeting of creditors. Pursuant to Bankruptcy Rule 2008, the Trustee will be deemed to have accepted this appointment unless it is rejected within five days of receipt of this notice. The Trustee's required bond is included under the approved existing general blanket bond.

Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the Interim Trustee appointed herein shall serve as Trustee without further appointment or qualification under the same bond.

　　　　　　　　　　　　　　　　　　　PAUL A. RANDOLPH
　　　　　　　　　　　　　　　　　　　Acting United States Trustee - Region 8


　　　　　　　　　　　　　　　　　　　**/s/ Kimberly C. Swafford**
　　　　　　　　　　　　　　　　　　　**Kimberly C. Swafford**
　　　　　　　　　　　　　　　　　　　**Assistant U.S. Trustee**
　　　　　　　　　　　　　　　　　　　**31 East 11th Street, Fourth Floor**
　　　　　　　　　　　　　　　　　　　**Chattanooga, Tennessee 37402**
　　　　　　　　　　　　　　　　　　　**(423) 752-5157**
　　　　　　　　　　　　　　　　　　　**EMAIL: kim.c.swafford@usdoj.gov**