

**SO ORDERED.**
**SIGNED this 6th day of April, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**Judy Ann Fleeman**                    Case No. **3:19-BK-30715-SHB**
                                         Chapter 7

    Debtor.

### ORDER APPROVING FINAL COMPENSATION AND EXPNESES

Ryan E. Jarrard, Trustee, sought final compensation of **$32,374.19** and reimbursement of expenses in the amount of **$4,163.27**. The attorneys served a copy of the application, together with the approved order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Special Counsel for the Trustee is hereby permitted the following fees in representing the estate to prosecute a personal injury claim of the Debtor:

    Attorney:                    Payment:

    Pulaski Law Firm, PLLC       $5,018.00

  Blasingame, Burch, Garrard   $24,235.27
  & Ashley, PC

                ###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Chapter 7 Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay St., Ste. 2121
Knoxville, TN 37929
Phone: (865) 524.1873 ext. 212
rej@qcflaw.com