

**SO ORDERED.**
**SIGNED this 6th day of April, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **Judy Ann Fleeman**                    Case No. **3:19-BK-30715-SHB**
                                                            Chapter 7

                Debtor.

## ORDER APPROVING COMPROMISE

Ryan E. Jarrard, Trustee, moved the Court for authority to compromise a personal injury claim of the Debtor that is an estate asset. No objections were filed within the required notice period. Based upon the facts presented, the court is of the opinion that the settlement is in the best interests of the estate. The Trustee may compromise the personal injury claim of the debtor for $80,935.47 subject to a hold back of $32,374.19 during the medical lien holdback process. Special Counsel fees are also to be paid from this settlement, and approval to pay those fees has been submitted separately. Additionally, a 10% court ordered assessment was also approved in the underlying personal injury settlement, which will not pass through the bankruptcy estate. Specifically, the court understands and approves that this is an interim settlement, and additional

funds may be available following resolution of the Medical Lien Holdback. The Trustee shall supplement the underlying motion once the Medical Lien Holdback issue is resolved.

###

**APPROVED FOR ENTRY:**

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay St., Ste. 2121
Knoxville, TN 37929-9711
Phone:  865-524-1873 ext. 212
rej@qcflaw.com